# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Gilbane Federal | ) ASBCA Nos. 62763, 62830, 62831 |
| | ) 62832, 62834, 62854 |
| | ) 62855, 62856, 62858 |
| | ) 62859, 62861, 62862 |
| | ) 62866, 62873, 62874 |
| | ) 62875, 62882, 62883 |
| | ) 62886, 62887, 62907 |
| | ) 62908, 62909, 62913 |
| | ) 62916, 62917, 62919 |
| | ) 62920, 62921, 62924 |
| | ) 62925, 63101, 63102 |
| | ) 63103, 63104, 63741 |
| | ) |
| Under Contract No. W912GB-14-C-0018 | ) |

APPEARANCES FOR THE APPELLANT:     Douglas L. Patin, Esq.
                                   Amy E. Garber, Esq.
                                     Bradley Arant Boult Cummings LLP
                                     Washington, D.C.

                                   Amandeep S. Kahlon, Esq.
                                     Bradley Arant Boult Cummings LLP
                                     Birmingham, AL

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   Pietro O. Mistretta, Esq.
                                   Paul Cheverie, Esq.
                                   Megan J. Tooman, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineer District, Europe

                                   Paul L. Huhtanen, Esq.
                                     Engineer Trial Attorney
                                     U.S. Army Engineer District, Far East

                                   Samuel J. Harrison, Esq.
                                     Engineer Trial Attorney
                                     U.S. Army Engineer District, Middle East
                                     Winchester, VA

<u>ORDER OF DISMISSAL</u>

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  May 2, 2025

_____
DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62763, 62830, 62831, 62832, 62834, 62854, 62855, 62856, 62858, 62859, 62861, 62862, 62866, 62873, 62874, 62875, 62882, 62883, 62886, 62887, 62907, 62908, 62909, 62913, 62916, 62917, 62919, 62920, 62921, 62924, 62925, 63101, 63102, 63103, 63104, 63741, Appeals of Gilbane Federal, rendered in conformance with the Board's Charter.

Dated:  May 2, 2025

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals